**PALFED, INC., and Palmetto Federal Savings Bank of South Carolina, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5001.

United States Court of Appeals, Federal Circuit.

Nov. 18, 2004.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).